UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **DEBBIE L. WILSON,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner** | )　　No. 2:10-cv-358-GZS |
| **Of Social Security,** | ) |
| | ) |
| **Defendant** | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 30, 2011, his Recommended Decision (Docket No. 16). Plaintiff filed its Objection to the Recommended Decision (Docket No. 17) on July 14, 2011. The Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 20) on July 22, 2011. In addition, Plaintiff file a Request for Oral Argument on her objection (Docket No. 18) on July 18, 2011. Defendant filed its objection to Plaintiff's Request for Oral Argument (Docket No. 21) on July 22, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.     It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED.**

    2.     It is hereby **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

3. It is also hereby **ORDERED** that the Plaintiff's Request for Oral Argument (Docket No. 18) is **DENIED.**

/s/George Z. Singal
U.S. District Judge

Dated: August 15, 2011